NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ALEXSAM, INC.,**
*Plaintiff-Appellant,*

v.

**PIER 1 IMPORTS,**
*Defendant-Cross Appellant.*

---

2013-1003, -1026

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 08-CV-0015, Judge Michael H. Schneider.

---

## ON MOTION

---

## ORDER

Upon consideration of Metromedia Steakhouses Company's motion to reform the caption,

ALEXSAM, INC. v. PIER 1 IMPORTS, INC.                                  2

IT IS ORDERED THAT:

The motion is granted.  The official caption is revised as reflected above.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s25